# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-03053-JHN -CWx | Date | May 31, 2011 |
|---|---|---|---|
| Title | Dimitri Krut v. Whirlpool Corporation et al. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED (In Chambers)

The Court, on its own motion, hereby ORDERS that counsel for the removing party show cause in writing on or before **June 9, 2011**, why sanctions should not be imposed.

The Court will consider the filing of the following, on or before the above date, as an appropriate response to this Order to Show Cause:

    **response by Defendant pursuant to Order filed May 10, 2011 [11].**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument will not be heard in this matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of counsel's response. Failure to respond to the Court's order may result in the imposition of sanctions.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |